**John M. DICKSON, Jr., Plaintiff–Appellant,**

v.

**Security Guard Captain CARTER, of The Peninsula Town Center; Security Guard Ms. Rhodes, of The Peninsula Town Center; Security Guard Mr. Sheppard, of the Peninsula Town Center; Assistant Director Mrs. Mathany, of the Peninsula Town Center; Federal Bureau of Investigation Technical Agents John/Jane Doe(s), in their individual and official capacities; City of Hampton Police Chief Charles Jordan, in his individual and official capacity, acting under color of State Law; City of Hampton Police Officers John/Jane Doe(S), in their individual and official capacities, Defendants–Appellees.**

No. 15–2093.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 19, 2015.

John M. Dickson, Jr., Appellant Pro Se.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John M. Dickson, Jr., appeals the district court's order dismissing his civil complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2012) for failure to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dickson v. Carter,* No. 4:13–cv–00061–AWA–DEM (E.D.Va. Aug. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*